UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY SUSSMAN, MICHAEL SUSSMAN ESTATE THEREOF BY AND THRU HIS SPECIAL ADMINISTER FOR THE ESTATE,<br><br>   Plaintiff,<br><br>v.<br><br>SAN DIEGO POLICE DEPARTMENT, et. al.,<br><br>   Defendants. | Case No.: 20cv1085-JO-MDD<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On December 5, 2022, the Court, (1) dismissed all Defendants from this action except for Allstate Northbrook Indemnity Company; and (2) dismissed Plaintiff's Third Amended Complaint without prejudice to amend solely with respect to Defendant Allstate. *See* Dkt. 178. The Court granted Plaintiff forty-five (45) days from the date of the order to file a Fourth Amended Complaint against Defendant Allstate. Plaintiff's Fourth Amended Complaint was due on January 19, 2023. To date, Plaintiff has not filed an amended

complaint. Therefore, the Court DISMISSES this action without prejudice. The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

Dated: February 15, 2023

_____
Hon. Jinsook Ohta
United States District Court